AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (USAO rev. 12/20) ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>18661 Otilla St.<br>Bloomington, CA 92316 | Case No. 5:22-MJ-00240 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit, or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

Date and time issued: April 20, 2022 at 9:02 a.m.

*Judge's signature*

City and state: Riverside, CA

Honorable Kenly Kiya Kato, U.S. Magistrate Judge
*Printed name and title*

AUSA: Ryan Mansell (951-368-1474)

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2) (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 5:22-MJ-00240 | 04/21/2022 at approx 6:01AM | 18661 OTILLA ST, BLOOMINGTON, CA |

Inventory made in the presence of: DEA SPECIAL AGENT MATTHEW CLAYTON

Inventory of the property taken and name of any person(s) seized: SEE ATTACHED COPY OF DEA-12 RECEIPT.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

GPO U.S. GOVERNMENT PRINTING OFFICE: 2009-353-398

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)

18661 Otilla St.
Bloomington, CA. 92316

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE: 4-21-22

DIVISION/DISTRICT OFFICE

RDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | SSEE containing undetermined amount of US currency | Seized |
| 2 | Small jars containing crystallyn substance | |
| 1 | iPhone - silver | |

Nothing Follows

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
SA Matt Crayton

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
Dennis Schopp, SA

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

# RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE, if applicable))

FILE NO.

FILE TITLE

DATE

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
| --- | --- | --- |
| 1 | [illegible] | |
| | [illegible] | |
| 2 | [illegible] | |
| | [illegible] | |
| 1 | [illegible] | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)

FORM DEA-12 (8-04)

Electronic Form Version Designed in JetForm 5.2 Version